UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

A.B. WATLEY GROUP, INC., PAUL F.
COUGHLIN, WILLIAM B. DEAKINS,
WARREN R. FELLUS, KEITH M. GELLER,
KEEVIN H. LEONARD, ROBERT F. MALIN,
STEVEN E. MALIN, LINUS N. NWAIGWE,
MICHAEL A. PICONE, BRYAN S. ROGERS,
AND KEITH A. ROGERS,

                Defendants.
------------------------------------------------------------x

No. CV 06 1274 (ILG)

STIPULATION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 17 2006 ★
TIME A.M. _____ P.M.

IT IS HEREBY STIPULATED AND AGREED between the undersigned attorneys that the time for defendants Bryan S. Rogers and Keith A. Rogers to answer or otherwise move with respect to the complaint in this matter is adjourned until May 15, 2006.

April 6, 2006

Securities and Exchange Commission
Mark K. Schonfeld
Director
Northeast Regional Office

By: _____
    Robert H. Murphy (RM 1748)

3 World Financial Center
New York, NY 10281
212 336-0140

Labaton Sucharow & Rudoff LLP
Attorneys for Defendants
Bryan S. Rogers and Keith A. Rogers

By: _____
    Mark S. Arisohn (MA 2364)

100 Park Avenue
New York, NY 10017
(212) 907-0700

So Ordered:

_____
U.S.D.J.          4/14/06

645480 v1
[4/6/2006 14:00]