UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION

Plaintiff,

vs.

A.B. WATLEY GROUP, INC., PAUL F. COUGHLIN,
WILLIAM B. DEAKINS, WARREN R. FELLUS,
KEITH M. GELLER, KEEVIN H. LEONARD,
ROBERT F. MALIN, STEVEN E. MALIN,
LINUS M. NWAIGWE, MICHAEL A. PICONE,
BRYAN S. ROGERS, AND KEITH A. ROGERS

2006 Civ. 1274 (ILG)

**STIPULATION**

---

It is hereby stipulated by and between Plaintiff Securities and Exchange Commission and Defendant Keith M. Geller, through their undersigned counsel of record that the time for Mr. Geller to move, answer or otherwise respond to the Complaint is extended from May 15, 2006 to June 16, 2006.

Securities and Exchange Commission

By: _____
William Finkel  (WF-1792)

*Attorneys for Plaintiff*
Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center
New York, New York 10281
Phone: (212) 336-0140

KRONISH LIEB WEINER & HELLMAN LLP

By: _____
William J. Schwartz (WJS-8462)
Matthew E. Beck (MB 3063)

*Attorney for Defendant Keith M. Geller*
1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6000
Fax:    (212) 479-6275

Dated: New York, New York
       May ___, 2006

SO ORDERED:

_____
United States District Judge
I. Leo Glaser