UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                                Plaintiff,

        - against -

A.B. WATLEY GROUP, INC., PAUL F.            No. CV 06 1274 (ILG)
COUGHLIN, WILLIAM B. DEAKINS,
WARREN R. FELLUS, KEITH M. GELLER,
KEEVIN H. LEONARD, ROBERT F. MALIN,     **STIPULATION AND**
STEVEN E. MALIN, LINUS N. NWAIGWE,     **ORDER**
MICHAEL A. PICONE, BRYAN S. ROGERS,
AND KEITH A. ROGERS,

                                Defendants.
-------------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED between the undersigned attorneys that the time for defendants Bryan S. Rogers and Keith A. Rogers to answer or otherwise move with respect to the complaint in this matter is adjourned until July 17, 2006.

June 14, 2006

William Finkel
Attorney for Plaintiff
Securities and Exchange Commission

By: _____
William Finkel (WF-1782)
3 World Financial Center
New York, NY 10281
(212) 336-0068

Labaton Sucharow & Rudoff LLP
Attorneys for Defendants
Bryan S. Rogers and Keith A.
Rogers

By: _____
Mark S. Arisohn (MA 2364)
100 Park Avenue
New York, NY 10017
(212) 907-0700

So Ordered:

_____
     U.S.D.J.

647879 v1
[6/13/2006 15:51]