UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

A.B. WATLEY GROUP, INC., et al.,          No. CV 06 1274 (ILG) (SMG)

                Defendants.
------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

WHEREAS the staff of plaintiff Securities and Exchange Commission has reached a tentative settlement agreement with defendants Bryan S. Rogers and Keith A. Rogers, pending the staff's review of certain of defendants' representations concerning their financial condition, Commission authorization, and approval of the Court,

IT IS HEREBY STIPULATED AND AGREED between the undersigned attorneys that the time for defendants Bryan S. Rogers and Keith A. Rogers to answer or otherwise move with respect to the complaint in this matter is adjourned until March 31, 2010.

| Securities and Exchange Commission | Labaton Sucharow LLP |
|---|---|
| By: _____ | By: _____ |
| William Finkel (WF-1782) | Mark S. Arisohn (MA 2364) |
| Attorneys for Plaintiff | Attorney for Defendants |
| Securities and Exchange Commission | Bryan S. Rogers and Keith A. Rogers |
| New York Regional Office | 140 Broadway |
| 3 World Financial Center | New York, NY 10005 |
| New York, New York 10281 | Phone: (212) 907-0700 |
| Phone: (212) 336-0068 | |

Dated: New York, New York
       February 23, 2010

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE