UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,

   - against -

A.B. WATLEY GROUP, INC., et al.,                No. CV 06 1274 (ILG) (SMG)

                              Defendants.
-----------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

WHEREAS the staff of plaintiff Securities and Exchange Commission has reached a settlement agreement in principle with Keith A. Rogers, pending Commission authorization and approval of the Court, and discussions are ongoing with Bryan S. Rogers.

IT IS HEREBY STIPULATED AND AGREED between the undersigned attorneys that the time for defendants Bryan S. Rogers and Keith A. Rogers to answer or otherwise move with respect to the complaint in this matter is adjourned until June 1, 2010.

| Securities and Exchange Commission | Labaton Sucharow LLP |
|---|---|
| By: _____<br>William Finkel (WF-1782) | By: _____<br>Mark S. Arisohn (MA 2364) |
| Attorneys for Plaintiff<br>Securities and Exchange Commission<br>New York Regional Office<br>3 World Financial Center<br>New York, New York 10281<br>Phone: (212) 336-0068 | Attorney for Defendants<br>Bryan S. Rogers and Keith A. Rogers<br>140 Broadway<br>New York, NY 10005<br>Phone: (212) 907-0700 |

Dated: New York, New York
       April 29, 2010

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE